United States District Court
Southern District of Texas
**ENTERED**
December 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SHELBY, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-01128 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| AMGUARD | § | |
| INSURANCE CO, | § | |
| Defendant. | § | |

MINUTE ENTRY AND ORDER

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on December 17, 2024. All parties present and represented by counsel. The counsel of record for Plaintiff was not present.

Plaintiff's counsel, Eric B. Dick, was ORDERED to be present in all future hearings on matters where he is listed as lead counsel.

The Court addressed the recent order compelling appraisal and abatement. Dkt 29.

The parties were ORDERED to use best effort to have the appraisal completed in six months. The parties must provide a joint status report by June 17, 2025.

The case is STAYED until the appraisal occurs.

The parties should continue to confer in good faith regarding discovery and settlement.

So ordered.

Signed on December 17, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge