IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN SHELBY, | § | |
|     *PLAINTIFF,* | § | |
| | § | |
| VS. | § | Civil Action No. 4:24-CV-1128 |
| | § | |
| AMGUARD INSURANCE COMPANY, | § | |
|     *DEFENDANT,* | § | |

## **JOINT STATUS REPORT**

Per this Court's Order to file a Joint Status Report regarding the court-ordered appraisal [Dkt. 31], the parties provide this Joint Status Report.

The Court ordered this matter to appraisal on December 17, 2024. Pursuit to that Order, both parties named their appraisers.

Shelby appointed Brandon Gadrow as his appraiser. AmGuard appointed Tucker Patch as its appraiser.

AmGuard's appraiser, Patch, inspected the property and provided his position to Plaintiff's appraiser. On June 3, 2025, Plaintiff's appraiser, Gadrow, contacted AmGuard's appraiser, Patch, to let him know that he had not yet had an opportunity to inspect the property. As of today, June 17, 2025, there has been no additional communication from Plaintiff' appraiser.

The appraisers have not yet reached a point where they need to involve an umpire.

Respectfully submitted,

| | |
|---|---|
| <u>June 17, 2025</u><br>Date | <u>/s/ *Eric B. Dick (w/permission)*</u><br>Eric B. Dick<br>TBN: 24064316<br>FIN: 1082959<br>DICK LAW FIRM, PLLC<br>3701 Brookwoods Drive<br>Houston, Texas 77092<br>(844) 447-3234 – Office & Facsimile<br>eric@dicklawfirm.com<br>www.dicklawfirm.com<br>ATTORNEY FOR PLAINTIFF |
| <u>June 17, 2025</u><br>Date | <u>/s/ *Jamie P. Cooper*</u><br>Christopher W. Martin<br>State Bar No. 13057620<br>Federal Id. No. 13515<br>Martin, Disiere, Jefferson & Wisdom, L.L.P.<br>808 Travis Street, Suite 1800<br>Houston, Texas 77002<br>Email: martin@mdjwlaw.com<br>Telephone: (713) 632-1700<br>Facsimile: (713) 222-0101<br>**ATTORNEYS FOR DEFENDANT,**<br>**AMGUARD INSURANCE COMPANY**<br><br><u>Of Counsel:</u><br>Jamie P. Cooper<br>State Bar No. 24027603<br>Federal Id. No. 34510<br>Martin, Disiere, Jefferson & Wisdom, L.L.P.<br>11467 Huebner Road, Suite 200<br>San Antonio, Texas 78230<br>Telephone: (210) 298-2442<br>Facsimile: (713) 222-0101<br>E-Mail: cooper@mdjwlaw.com |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on June 17, 2025.

Eric B. Dick, LL.M.　　　　　　　　　**Via ECF:** *eric@dicklawfirm.com*
DICK LAW FIRM, PLLC
3701 Brookwoods Drive
Houston, Texas 77092
ATTORNEY FOR PLAINTIFF

　　　　　　　　　　　　　　　　　*/s/ Jamie P. Cooper*
　　　　　　　　　　　　　　　　　Jamie P. Cooper

## CERTIFICATE OF CONFERENCE

Counsel have conferred and submit this as a Joint Report.

　　　　　　　　　　　　　　　　　*/s/ Jamie P. Cooper*
　　　　　　　　　　　　　　　　　Jamie P. Cooper